IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEXTER GILBERT,**

    Petitioner,

vs.                                                 Case No. 4:11cv294-RH/WCS

**KENNETH S. TUCKER,**

    Respondent.
_____/

## REPORT AND RECOMMENDATION

    This cause is before me upon referral from the Clerk.

    In an order filed November 22, 2011, Petitioner was directed to file a second amended petition and was warned of dismissal if he failed to comply with that order. Doc. 10. To date, no response has been received from the Petitioner.

    A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for

failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Petitioner has failed to comply with an order or to prosecute this case, this petition should now be dismissed without prejudice.

Petitioner shall have a 14 day period after service of this report and recommendation in which to file objections.  This will also afford Petitioner a final opportunity to show good cause for this failure to respond.  Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on January 5, 2012.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**