IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEXTER GILBERT,

    Petitioner,

v.                              CASE NO.   4:11cv294-RH/WCS

KENNETH S. TUCKER,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed. The reporting recommendation is correct and is adopted as the court's opinion with this additional note.

The magistrate judge ordered this habeas petitioner to file a second amended petition setting out the basis of his claims. The petitioner did not do so, and the deadline has long passed. Dismissal is therefore appropriate.

To be sure, the first amended petition might have been deemed sufficient to go forward if the allegations in the attachments were treated as if they had been

included in the petition itself.  But there are good grounds to require a habeas petitioner to set out the basis of his claims in the petition rather than only through attachments, and there are good grounds to insist that a petitioner abide by the court's orders.

The good grounds arise from the need to efficiently manage a docket that includes a high volume of pro se prisoner complaints and petitions.  The court's standard form for a habeas petition provides substantial case-management benefits.  Allowing a petitioner to ignore the form and instead rely on voluminous attachments would interfere with good case management and detract from the time available for adjudicating cases on the merits.  Allowing a petitioner to ignore the court's orders would have the same effect.  The bottom line is this: the petitioner did not file a proper petition and, even more clearly, did not comply with the magistrate judge's order to do so.

Filing a second amended petition complying with the magistrate judge's order should not have been difficult.  Based on the petitioner's failure to do so, dismissal is appropriate.

IT IS ORDERED:

The report and recommendation is ACCEPTED.  The clerk must enter

Case No.  4:11cv294-RH/WCS

judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

      SO ORDERED on February 20, 2012.

                              s/Robert L. Hinkle
                              United States District Judge